NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000681
04-JAN-2019
08:36 AM

NO. CAAP-18-0000681

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Plaintiff-Appellant,

v.

ROBERT DELEON,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH KONA
(CASE NO. 3DCW-17-2871)

ORDER GRANTING VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Motion for Voluntary Dismissal With Prejudice, filed on December 6, 2018, by Plaintiff-Appellant State of Hawaiʻi (State), the papers in support, and the record, it appears the State seeks to dismiss its appeal with prejudice,

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, January 4, 2019.


Chief Judge


Associate Judge


Associate Judge